**ABRAHAM WARMBRAND, ESQ.**
250 WEST 34TH STREET, 36TH FLOOR
NEW YORK, NEW YORK 10119

(212) 849-6915

January 24, 2006

Magistrate Judge Roanne L. Mann
U.S. District Court
225 Cadman Plaza East
Brooklyn, NY 11201
Fax: (718) 260-2350

> Ordered that this case is dismissed.
> So ordered.
> JSPJ
> 1/26/06
> cc: Judge Mann

Re: Popa-Medrano v. Alamo Rent-A-Car, etc.
Docket No.: 04 CV 4554 (ARR)

Dear Judge Mann:

Enclosed please find the Stipulation Of Discontinuance that has been signed by all parties. It is requested that a copy of the So Ordered stipulation be returned to all counsel.

Very truly yours,

Abraham Warmbrand

Enc.

cc: Omrani & Taub, P.C.
Attorneys for Plaintiff

Longo & D'Apice, Esqs.
Attorneys for Third-Party Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOSEFINA POPA-MEDRANO,

                      Plaintiff,                      <u>ORDER</u>

      -against-                         04-CV-4554 (ARR)

ALAMO RENT-A-CAR, LLC, et al.,

                      Defendants.
-------------------------------------------------------------x

The parties have ignored the Court's order of December 9, 2005, which directed that they file their stipulation of discontinuance by December 21, 2005. If the stipulation has not been filed by January 26, 2006, sanctions will be imposed.

        SO ORDERED.

Dated:    Brooklyn, New York
             January 18, 2006

                                                ROANNE L. MANN
                                                UNITED STATES MAGISTRATE JUDGE